UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No: 6:13-bk-13604-CCJ

In re:

**BARBARA JOAN NORSWORTHY,**

    Debtor.
_____/

## MOTION TO COMPEL ENFORCEMENT OF MORTGAGE MODIFICATION AGREEMENT OR ENTER AN ORDER TO SHOW CAUSE WHY MORTGAGE SHOULD NOT BE STRICKEN

**COMES NOW**, the Debtor, BARBARA NORSWORTHY, by and through the undersigned attorney, and files this Motion to Compel Enforcement of Mortgage Modification Agreement or Enter an Order to Show Cause Why Mortgage Should Not be Stricken and hereby moves this Court for an Order Compelling Mortgage Modification Agreement and in support thereof states the following:

1. Debtor filed this Chapter 13 case on November 1, 2013.

2. On November 25, 2013, an Order Directing Mortgage Modification Mediation (Doc. 12) was entered.

3. Debtor was approved and accepted a Modification with Selene Finance.

4. A Motion for Approval of Temporary Modification with Selene Finance was filed on March 12, 2014, (Doc. 20).

5. An Order Granting Motion for Approval of Temporary Modification was filed on March 13, 2014, (Doc. 21).

6. The Debtors made all of their trial payments on time.

7. To date, Debtors' counsel has not received the permanent modification documents.

**WHEREFORE**, Debtor, by and through their undersigned Attorney, respectfully requests this Court:

a. Order Green Tree Servicing to enforce the terms of the loan modification or enter an order to show cause why the mortgage should not be stricken.

/s/ James Trammell Harper, Jr.
**JAMES TRAMMELL HARPER, JR.**
260 No. Tropical Trail
Suite 105
Merritt Island, FL  32953
Florida Bar No.: 143103
Tel (321) 452-1991
Fax (321) 452-1995
Counsel for the Debtors

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished via Electronic Transmission or U.S. Mail to: Laurie K. Weatherford, Post Office Box 3450, Winter Park, FL 32790; Barbara Norsworthy, 790 Cobblestone Lane Ne, Palm Bay, FL 32905, and to Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Boca Raton, FL 33487 on this 29th day of July, 2015.

/s/ James Trammell Harper, Jr.
**JAMES TRAMMELL HARPER, JR.**
260 No. Tropical Trail
Suite 105
Merritt Island, FL  32953
Florida Bar No.: 143103
Tel (321) 452-1991
Fax (321) 452-1995
Counsel for the Debtors