UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No: 6:13-bk-13604-CCJ

In re:

**BARBARA JOAN NORSWORTHY,**

    Debtor.
_____/

## WITHDRAWAL OF MOTION TO COMPEL ENFORCEMENT OF MORTGAGE MODIFICATION AGREEMENT OR ENTER AN ORDER TO SHOW CAUSE WHY MORTGAGE SHOULD NOT BE STRICKEN

**COMES NOW**, the Debtor, BARBARA JOAN NORSWORTHY, by and through the undersigned attorney, and files this Withdrawal of Motion to Compel Enforcement of Mortgage Modification Agreement or Enter an Order to Show Cause Why Mortgage Should Not be Stricken, D.E. 35.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished via Electronic Transmission or U.S. Mail to: Laurie K. Weatherford, Post Office Box 3450, Winter Park, FL 32790; Barbara Norsworthy, 790 Cobblestone Lane Ne, Palm Bay, FL 32905, and to Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Boca Raton, FL 33487 on this 9th day of October, 2015.

/s/ James Trammell Harper, Jr.
**JAMES TRAMMELL HARPER, JR.**
260 No. Tropical Trail
Suite 105
Merritt Island, FL  32953
Florida Bar No.: 143103
Tel (321) 452-1991
Fax (321) 452-1995
Counsel for the Debtors